ACCEPTED
03-16-00755-CV
13901610
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 12:32:26 PM
JEFFREY D. KYLE
CLERK

NO. 03-16-00755-CV

IN COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 12:32:26 PM
JEFFREY D. KYLE
Clerk

IN RE ARTHUR J. "AJ" LAWRENCE

Original Proceeding from the 353rd Judicial District Court,
Travis County, Texas,
Cause No D-1-GN-16-001856,
The Honorable Stephen Yelenosky, Respondent

UNOPPOSED MOTION TO EXTENT TIME TO FILE RESPONSE TO
RELATOR'S PETITION FOR WRIT OF MANDAMUS

Daniel H. Byrne
State Bar No. 03565600
Lessie Gilstrap
State Bar No. 24012630

FRITZ, BYRNE, HEAD & GILSTRAP,
PLLC
221 West 6th Street, Suite 960
Austin, Texas 78701
Tel: (512) 476-2020
Fax: (512) 477-5267

ATTORNEYS FOR CODY TREYBIG,
REAL PARTY IN INTEREST

1

TO THE HONORABLE THIRD COURT OF APPEALS:

Real Party in Interest Cody Treybig ("Treybig") respectfully requests a ten day extension of time to file its Response to the Relator's Petition for Writ of Mandamus ("Response") and shows the Court the following:

1.      Under the Texas Rules of Appellate Procedure there is no specific deadline to file this motion to extend time or to file a response to a petition for writ of mandamus.

2.      On November 14, 2016, the Court requested that Treybig file his Response on or before Monday, November 28, 2016, which is the Monday after Thanksgiving.

3.      Treybig seeks a ten day extension because of several unavoidable, pre-existing deadlines and professional obligations of Treybig's counsel in other matters, including an evidentiary hearing on Monday, November 28, 2016, all of which have required or will require significant commitments of time.

4.      Relator Lawrence is unopposed to this motion.

5.      Treybig requests an additional ten days to file its brief, extending the time until December 8, 2016.

## PRAYER

For these reasons, Treybig asks the Court to grant it an extension of time to file its Response until December 8, 2016.

## CERTIFICATE OF CONFERENCE

Lessie Gilstrap, counsel for Treybig conferred with Doug Becker, counsel for Relator, regarding the Motion to Extend Time to File Response, and Mr. Becker is unopposed to such Motion.

Respectfully submitted,

FRITZ, BYRNE, HEAD & GILSTRAP, PLLC
221 w. 6TH Street, Suite 960
Austin, Texas 78701
Telephone:  (512) 476-2020
Facsimile:  (512) 477-5267

By: /s/ Lessie Gilstrap
Daniel H. Byrne
Texas Bar No. 03565600
dbyrne@fbhg.law
Lessie Gilstrap
Texas Bar No. 24012630
lgilstrap@fbhg.law

*Counsel for Real Party in Interest Treybig*

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion was served on the following counsel of record on November 21, 2016, by e-service and email.

Douglas M. Becker
Monte L. Swearengen
GRAY & BECKER, P.C.
900 West Avenue
Austin, Texas 78701
Email:  doug.becker@graybecker.com
Email: monte.swearengen@graybecker.com


/s/ Lessie Gilstrap
Lessie Gilstrap